TARA K. MCGRATH
United States Attorney
JOSHUA C. MELLOR
California Bar No. 255870
MIKAELA L. WEBER
California Bar No. 279391
PETER S. HORN
California Bar No. 321358
New York Bar No. 5333653
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: 619-546-9733/9734/6795
joshua.mellor@usdoj.gov
mikaela.weber@usdoj.gov
peter.horn@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEYYED HOSSEIN HOSSEINI (5), <br> ALEXANDER DMITRIENKO (6), <br> AURANGZEB AYUB (10), <br> EDWIN HARMENDRA KUMAR (14), <br>   aka Edwin Harmendra Valentine, <br> MIWAND ZAKHIMI (16), <br>   Aka Maiwand Zakhimi, <br> OSEMAH ELHASSEN (17), <br><br> Defendants. | Case No.: 21-CR-1623-JLS <br><br> **STATUS REPORT** <br><br> Date: January 12, 2024 <br> Time: 1:30 p.m. <br> Courtroom: 4D <br> Honorable Janis L. Sammartino |

The United States files this status report to update the Court on discovery and other matters in advance of the status hearing scheduled for January 12, 2024.

After the Court granted the government's motion for the third-country protective order on September 14, 2023, Dkt. 193, the government:

    1. Produced copies of the requests pursuant the mutual legal assistance treaty between the United States and the third country (MLATs) and warrants obtained in the third country allowing collection of Anom data.

    2. Offered defense counsel, pursuant to Defendant Hosseini's request (joined by all other Defendants),[1] the opportunity to set up a time to inspect an Anom network and an Anom device.

    3. Continued efforts to copy and provide the full Anom data set: over 27 million messages and approximately five terabytes of data.

    4. Continued to gather and review communications between U.S. and third-country authorities in accordance with the Court's order.

And since the October 6, 2023 status hearing, the government has:

    5. Provided a copy of the Anom data set to each Defendant.[2] The United States made a separate hard drive available to each Defendant, with each drive containing a total of approximately five terabytes of data.

    6. Drafted and provided letters to each Defendant (except for Zakhimi) summarizing certain evidence that supports the government's proposed Guidelines as to each Defendant, as the Defendants requested at the October 6 hearing.

    7. Conferred with defense counsel (for Hosseini) regarding inspection of an Anom device and the Anom network. No Defendant has yet sought to arrange such inspection.

---

[1] Except for Zakhimi. *See* footnote 2.

[2] Except for Zakhimi thus far; he made his initial appearance on December 26, 2023. A signed acknowledgment from Zakhimi's counsel of the protective orders was received on January 4, 2023, and following filing of that acknowledgment, discovery is being prepared and provided to him.

8. Produced over 400 pages of communications between U.S. and third-country law enforcement regarding Anom and the collection of Anom data.

The government will also continue to comply with its discovery obligations and the Court's discovery orders going forward in this case.

At the January 12 status hearing, the government will request that a date be set for at least a hearing on any substantive pre-trial motions the Defendants (including Zakhimi) may wish to file. The United States also is prepared to set dates for motions *in limine*, expert disclosures, and trial for all Defendants presently before the Court.

DATED:   January 5, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*s/ Peter S. Horn*
JOSHUA C. MELLOR
MIKAELA L. WEBER
PETER S. HORN
Assistant U.S. Attorneys
Attorneys for the United States